AB:FJN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

HECTOR AMISSAH,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AFFIDAVIT AND COMPLAINT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

(18 U.S.C. § 922(g)(1))

Case No. 18-M-1194

EASTERN DISTRICT OF NEW YORK, SS:

      JOSE CHARRIEZ, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

      On or about December 8, 2018, within the Eastern District of New York, the defendant HECTOR AMISSAH, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a 9mm caliber Taurus semi-automatic pistol.

      (Title 18, United States Code, Section 922(g)(1))

      The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.      I am a Special Agent with the FBI and have been involved in the investigation of numerous cases involving firearms offenses. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.      On or about December 8, 2018, a Special Agent of the FBI (the "FBI Agent") was on duty in Canarsie in Brooklyn, New York. At approximately 3:20 p.m., the FBI Agent was parked in an unmarked car on Canarsie Road, which is a one-way street. As the FBI Agent sat in his parked car, he encountered a dark-colored BMW M5 sedan (the "BMW") driving down Canarsie Road in the wrong direction.

3.      According to surveillance video recovered from the scene, the driver of the BMW, who was later identified as defendant Ronell Watson ("Watson"), parked the BMW near the front of the FBI Agent's car, partially obstructing the FBI Agent's ability to drive forward. Watson then exited the BMW and approached the driver side door of the FBI Agent's car with one hand inside the front pocket of his hooded sweatshirt. The FBI Agent then began to maneuver his car around the BMW. As he did so, Watson pulled out a firearm and began firing at the FBI Agent as the FBI Agent drove away. The FBI Agent was hit by at least one round and suffered a gunshot wound to his torso. The FBI Agent then exited his car, drew his firearm, and returned fire at Watson, who was standing near the BMW. The FBI Agent struck the BMW with multiple rounds and struck Watson with at least one round. Watson then fled the scene in the BMW. The FBI Agent then returned to his car and called for assistance.

4. According to surveillance video, at approximately 3:45 p.m., Watson drove the BMW to an auto body shop located on Remsen Avenue in Brooklyn, New York, approximately two miles from the location of the shooting. The surveillance video shows Watson exiting the BMW with what appeared to be a gunshot wound to his left hand.

5. According to surveillance video, at approximately 3:55 p.m., a vehicle driven by an individual later identified as defendant HECTOR AMISSAH ("AMISSAH") arrived near the auto body shop in a sedan registered to AMISSAH (the "Amissah Sedan"). Watson entered the front passenger seat of the Amissah Sedan wearing what appeared to be a makeshift bandage on his left hand. The Amissah Sedan then drove away from the auto body shop. The BMW was left behind at the auto body shop.

6. According to surveillance video, at approximately 4:00 p.m., the Amissah Sedan arrived at Kingsbrook Jewish Medical Center. Watson and AMISSAH entered the hospital together. Watson was wearing what appeared to be the same makeshift bandage on his left hand that he had been wearing in the video of the auto body shop.

7. Watson told law enforcement officers at the hospital that he had been driving to his home, which is on Canarsie Road in the vicinity of the shooting. Watson falsely claimed that when he got out of his car other individuals were engaged in a gun fight and that he was struck as a bystander. Law enforcement officers at the hospital then overheard Watson call a female on a cellular telephone. Watson told the female, in sum and substance and in part, to go to the house and "get the jewelry and get rid of it."

8. AMISSAH was taken into custody at the hospital by New York City Police Department officers for driving the Amissah Sedan without a valid driver license. Law enforcement secured the Amissah Sedan pending the issuance of a search warrant.

9. A search of the Amissah Sedan, pursuant to a court-authorized search warrant, revealed the presence of blood inside the car. The search also revealed the presence of a 9mm Taurus semi-automatic pistol hidden in a trap contained in the dashboard of the Amissah Sedan. The trap containing the firearm was within arms-length of the driver and front passenger seat of the Amissah Sedan.

10. I have confirmed with agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives that the 9mm Taurus semi-automatic pistol that the defendant, AMISSAH, possessed was manufactured outside of the State of New York.

11. I have reviewed the defendant, AMISSAH's, criminal history and have determined that, on or about September 6, 2011, the defendant was convicted of Possession of a Forged Instrument in the Second Degree, in violation of New York Penal Law Section 170.25, a crime which was punishable by imprisonment for a term exceeding one year.

WHEREFORE, your deponent respectfully requests that the defendant HECTOR AMISSAH, be dealt with according to law.

                                                JOSE CHARRIEZ
                                                Special Agent, Federal Bureau of Investigation

Sworn to before me this
11th day of December, 2018

_____  s/ Tiscione
THE HONORABLE ST
UNITED STATES MA(
EASTERN DISTRICT (